Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| MTD Consumer Group Inc |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No.  22-00233

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 4103 and 3001 | Center (if known): | CEE010 |
|---|---|---|---|
| Protest Number: | 4103-22-102882 | Date Protest Filed: | 06/30/2022 |
| Importer: | MTD Consumer Group Inc | Date Protest Denied: | 07/31/2022 |
| Category of Merchandise: | Terrain Vehicles | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 95G21007722 | 5/9/2021 | 4/22/2022 | 95G22003928 | 2/17/2022 | 4/22/2022 |
| 95G21008290 | 4/26/2021 | 4/22/2022 | 95G22004199 | 2/25/2022 | 4/22/2022 |
| 95G22000924 | 11/24/2021 | 4/22/2022 | | | |
| 95G22002573 | 1/11/2022 | 4/22/2022 | | | |

Jason M. Kenner
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
212-549-0137 / jkenner@strtrade.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Terrain Vehicles | 9903.88.01/ 8704.31.0020 | 50% | 9903.88.01/ 8703.21.0150 | 27.50% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Protest filed pursuant to 19 U.S.C. 1514 to contest the classification and rate of duty assessed on the subject merchandise by CBP at liquidation.

The issue which was common to all such denied protests:

Whether Customs erred in its classification and in the rate of duty assessed on the subject merchandise.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
*Signature of Plaintiff's Attorney*

08/05/2022
*Date*